UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK EUGENE KNOTT,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C16-1842-RSM-JPD

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall:

- Conduct a new hearing, further develop the record as needed, and issue a new decision;
- Reevaluate and further develop the medical opinions of record;

REPORT AND RECOMMENDATION
PAGE - 1

- Reevaluate plaintiff's subjective complaints;
- Reevaluate plaintiff's RFC and;
- Reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary. The ALJ shall specifically discuss the age categories in this borderline age category situation.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation. The Clerk should note the matter for **July 11, 2017** as ready for Judge Martinez's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 11th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge